IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| ANDREA KOCHAN NEAGLE | : | NO. 18-mc-0108 |

## RESPONSE OF ANDREA KOCHAN NEAGLE TO ORDER TO SHOW CAUSE

Andrea Kochan Neagle, Respondent, hereby files her response to this Court's April 26, 2018 Order to Show Cause and respectfully states as follows:

1. Respondent was Administratively Suspended from the practice of law effective thirty days from November 16, 2017 for failure to timely obtain Continuing Legal Education credits.

2. Respondent has completed all Continuing Legal Education requirements, paid all fees due, and formally requested Reinstatement to Active Status.

3. Respondent's Administrative Suspension was lifted effective May 2, 2018 as evidenced by a copy of Respondent's Pennsylvania Attorney's License attached hereto as Exhibit A.

WHEREFORE, Respondent respectfully requests that the Court refrain from imposing discipline as Respondent has met all requirements for Reinstatement and is now, in fact, licensed to practice law in the Commonwealth of Pennsylvania.

Dated: May 18, 2018
Allentown, Pennsylvania

Respectfully Submitted,

*Andrea K. Neagle*

Andrea Kochan Neagle
PA Attorney ID 81080
5050 Tilghman St.
Suite 435
Allentown, PA 18104
andreaneagle@designip.com