# EXHIBIT A

**2017-2018**
**PENNSYLVANIA ATTORNEY'S LICENSE**

| VALIDATED | EXPIRES | ID NO. | CLE GROUP |
|---|---|---|---|
| 05/02/2018 | 07/01/2018 | 81080 | 1 |

THIS IS TO CERTIFY THAT

**ANDREA KOCHAN NEAGLE**

HAS FILED THE INFORMATION STATEMENT AND PAID THE FEE, IF ANY, REQUIRED BY Pa.R.D.E. 219 AND HAS THE RIGHT TO PRACTICE LAW AS PROVIDED BY Pa.B.A.R. 232.

*Andrea Kochan Neagle*
SIGN IN INK — DO NOT PRINT