## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Response of Andrea Kochan Neagle To Order To Show Cause was filed using the ECF system and is available for viewing and downloading from the ECF system.

Date: May 18, 2018

*[signature]*
Andrea Kochan Neagle
PA Attorney ID 81080
5050 Tilghman St.
Suite 435
Allentown, PA  18104
andreaneagle@designip.com